# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY, ET AL

NO.   2024 CW 0727

**SEPTEMBER 23, 2024**

---

In Re:   Sharon Lewis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708092.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT